**SEALED**

2/23/07
W ✓   S ___
   NP ___



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CR 85 |
| | ) | |
| vs. | ) | **INDICTMENT** |
| | ) | |
| JOHN MONETTI, | ) | [18 U.S.C. § 2251(a) & (e) and |
| | ) | 18 U.S.C. § 2423(b) and |
| Defendant. | ) | 18 U.S.C. § 2422(b)] |

The Grand Jury charges:

## COUNT I

Between approximately March 2006 and continuing until May 29, 2006, in the District of Nebraska, JOHN MONETTI, did and attempt to employ, use, persuade, induce and entice a female under the age of 18 to engage in sexually explicit conduct, to wit, the lascivious exhibition of the genitals and pubic area and the penetration of the genital opening by an object, with an intent to abuse, humiliate, harass, degrade or arouse or gratify the sexual desire of another person for the purpose of producing a visual depiction of such conduct knowing and having reason to know that said visual depictions would be transported in interstate commerce, or mailed and when said visual depictions were produced using materials that had been shipped and transported in interstate commerce by any means, including by computer and which visual depictions were subsequently transported in interstate commerce.

In violation of Title 18, United States Code, Sections 2251(a) and (e).

## COUNT II

On or about the 26th day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva , oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT III

On or about the 19th day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva , oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the

maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT IV

On or about the 3rd day of May, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI, did travel in interstate commerce from the State of New York to Washington County, Nebraska, for the purpose of engaging in illicit sexual conduct with a person under eighteen (18) years of age, in that, JOHN MONETTI, did travel to Washington County, Nebraska in order to engage in sexual activity with a female juvenile to include the penile penetration of the juvenile females vulva , oral contact with the male's genitalia and the penetration of the females genital opening by a finger and object, at a time when the juvenile female, having a date of birth of January 12, 1991, had not attained her eighteenth birthday and, said illicit sexual conduct, if within the maritime and territorial jurisdiction of the United States, would be in violation of Title 18, United States Code, Section 2243(a).

In violation of Title 18, United States Code, Section 2423(b).

## COUNT V

Between on or about December, 2005, up to and including May 29, 2006, in the District of Nebraska and elsewhere, JOHN MONETTI did use a facility and means of interstate commerce, that is, a computer accessing the internet and cell phones, to knowingly attempt to persuade, induce, and entice a person under 18 years of age, known to JOHN MONETTI as a juvenile, to engage in any sexual activity for which any person may be criminally prosecuted to include prosecution pursuant

to Sections 28-320.01 of the Revised Statutes of Nebraska and Title 18, United States Code, Section 2423(b).

In violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

███████████████

FOREPERSON

JOE W. STECHER
United States Attorney

The United States of America requests that trial of this case be held at Omaha, Nebraska, pursuant to the rules of this Court.

MICHAEL P. NORRIS
Assistant U.S. Attorney

4