MEMORANDUM

TO:             CLERK, U.S. DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

FROM:       AUSA MICHAEL P. NORRIS
                   U.S. ATTORNEY'S OFFICE
                   DISTRICT OF NEBRASKA

RE:             UNSEALING OF CRIMINAL INDICTMENT IN 8:07CR85

DATE:         March 5, 2007


      Be advised that defendant, JOHN MONETTI, named in the Indictment listed above, is expected to be in custody as of 6:00 a.m. on March 6, 2007.  You may now unseal the criminal indictment listed above pursuant to Fed. R. Crim. P. 6(e)(4).