CLOSED

# U.S. District Court
## Eastern District of New York (Central Islip)
## CRIMINAL DOCKET FOR CASE #: 2:07-mj-00302-WDW All Defendants
## Internal Use Only

8:07cr85

Case title: USA v. Monetti

Date Filed: 03/06/2007
Date Terminated: 03/06/2007

Assigned to: Magistrate-Judge William D. Wall

**Defendant**

**John Monetti** (1)
*TERMINATED: 03/06/2007*

represented by **Jerry Garguilo**
Jerry Garguilo, P.C.
542 North Country Road
St. James, NY 11780
631-862-7181
Email: jerrygarguilo@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

None

**Disposition**

DATED March 9, 2007
ROBERT C. HEINEMANN
BY ......... [signature] ......... CLERK

**Highest Offense Level (Terminated)**

None

**Complaints**

18:2251.F The deft. , in the District of Nebraska, Sexually Exploited a Juvenile

**Disposition**

RECEIVED

The defendant is committed in custody to the District of Nebraska

MAR 1 5 2007

CLERK
U.S. DISTRICT COURT
OMAHA

**Plaintiff**

USA represented by **Allen Lee Bode**
United States Attorneys Office
610 Federal Plaza
Central Islip, NY 11722
631-715-7828
Fax: 631-715-7922
Email: allen.bode@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/06/2007 | 1 | RULE 40 AFFIDAVIT by USA as to John Monetti by Affiant William Brust (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 |  | Arrest (Rule 40) of John Monetti (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 | 2 | Minute Entry for proceedings held before William D. Wall :Arraignment /Initial Appearance in Rule 5(c)(3) Proceedings as to John Monetti held on 3/6/2007. Deft. present in custody. Appearance entered by Jerry Garguilo for John Monetti on behalf of defendant. Govt: Allen Bode. Defendant waives identity hearing. Order for medical attention executed. Defendant ordered to the District of Nebraska in custody.(Archive #F: Drive.) (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 | 3 | WAIVER of Rule 5(c)(3) Hearing by John Monetti (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 | 4 | COMMITMENT TO ANOTHER DISTRICT as to John Monetti. Defendant committed to District of Nebraska.Ordered by Judge William D. Wall on 3/6/07. (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 | 5 | MEDICAL EVALUATION ORDER as to John Monetti. Ordered by Judge William D. Wall on 3/6/07. (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 | 6 | NOTICE OF ATTORNEY APPEARANCE: Jerry Garguilo appearing for John Monetti (Talbott, Thomas) (Entered: 03/09/2007) |
| 03/06/2007 |  | (Court only) ***Procedural Interval start as to John Monetti, ***Location start as to John Monetti, ***Update Disposition Information: John Monetti (1), The defendant is committed in custody to the District of Nebraska, ***Terminated defendant John Monetti, pending deadlines, and motions., ***Case Terminated as to John Monetti (Talbott, Thomas) (Entered: 03/09/2007) |