DOCKET NUMBER: M 07-302

8:07cr85

## CRIMINAL CAUSE FOR ARRAIGNMENT (REMOVAL Dist. NE)

Date Received By Docket Clerk: _____   Docket Clerk Initials: _____

BEFORE JUDGE: Magistrate William D. Wall  DATE: 3/6/07  TIME IN COURT: 0 HRS 30 MINS

DEFENDANT'S NAME: John Monetti   DEFENDANTS # (1)

| X | Present | ☐ | Not Present | X | Custody | ☐ | Not Custody |

DEFENSE COUNSEL: Randi Chavis

☐ Federal Defender   ☐ CJA   X Retained

A.U.S.A.: Allen Bode           PRETRIAL/PROBATION OFFICER _____

COURT REPORTER: OR ESR OPERATOR  T. Talbott    ARCHIVE F:

INTERPRETER: _____   LANGUAGE: _____

| X | Arraignment | ☐ | Revocation of Probation non contested |
| ☐ | Change of Plea Hearing (~Util-Plea Entered) | ☐ | Revocation of Probation contested |
| ☐ | In Chambers Conference | ☐ | Sentencing non-evidentiary |
| ☐ | Pre Trial Conference | ☐ | Sentencing Contested |
| ☐ | Initial Appearance | ☐ | Revocation of Supervised Release evidentiary |
| ☐ | Status Conference | ☐ | Revocation of Supervised Release non-evidentiary |
| ☐ | Telephone Conference | | |
| ☐ | Voir Dire Begun   ☐ Voir Dire Held | ☐ Jury selection | ☐ Jury trial |
| ☐ | Jury Trial Death Penalty   ☐ Sentence enhancement Phase | ☐ | Bench Trial Begun |
| ☐ | Bench Trial Held   ☐ Bench Trial Completed | ☐ | Motion Hearing Non Evidentiary |

☐ Other Evidentiary Hearing Contested   TYPE OF HEARING: _____

Defendant waives identity hearing. Order for medical attention executed. Defendant ordered to the District of Nebraska in custody.

Dated March 9, 2007

ROBERT C. HEINEMANN

CLERK