```
FILED                                              FILED
U.S. DISTRICT COURT                          IN CLERK'S OFFICE
DISTRICT OF NEBRASKA                      U.S. DISTRICT COURT E.D.N.Y.

07 MAR 15 AM 11:41                              MAR 06 2007

OFFICE OF THE CLERK                          LONG ISLAND OFFICE
```

UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NEW YORK

8:07CR85

UNITED STATES OF AMERICA,

v.

__John Monetti__,

WAIVER OF REMOVAL HEARING

M 07-302

I, ___John Monetti___, charged in a prodeeding pending in the ___—___ DISTRICT OF ___Nebraska___ with violation of ___18___ USC ___2251(a)(e)___, ___2423(b)___, ___2422(b)___

and having been arrested in the EASTERN DISTRICT OF NEW YORK and taken before ___William D. Wall___, U.S.M.J. for that district, who informed me of the charge and my right to retain counsel or request the assignment of counsel if I am unable to retain counsel, and to have a hearing or execute a waiver thereof, do hereby waive a hearing before the aforementioned Magistrate Judge and consent to the issuance of a warrant for my removal to the ___—___ DISTRICT OF ___Nebraska___ where the aforesaid charge is pending against me.

Dated: Mar. 6, 200-
Central Islip, NEW YORK

SIGNATURE OF DEFENDANT: *John Monetti*

WITNESS:

_____, U.S.M.J.

Dated: March 9, 2007
ROBERT C. HEINEMANN
CLERK

3