AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT
## EASTERN District of NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
MAR 06 2007

UNITED STATES OF AMERICA
v.
John Monetti

**COMMITMENT TO ANOTHER DISTRICT**

3-8-07 TT

8:07cr85

| DOCKET NUMBER | | LONG ISLAND OFFICE MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| | | (EDNY) M 07-302 | Nebraska (Sealed) |

CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Other (specify)

charging a violation of   18   U.S.C. § 2251(a)(e), 2423(b), 2422(b)

**DISTRICT OF OFFENSE** Nebraska

**DESCRIPTION OF CHARGES:** Coercion or Enticement of Minor Female

OFFICE OF THE CLERK
07 MAR 15 AM 11 41
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
FILED

**CURRENT BOND STATUS:**

☐ Bail Fixed at _____ and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☐ Government moved for detention and defendant detained pending detention hearing in District of Offense
☐ Other (specify)

Representation:   ☒ Retained Own Counsel   ☐ Federal Defender Organization   ☐ CJA Attorney   ☐ None

Interpreter Required?   ☒ No   ☐ Yes   Language: _____

**DISTRICT OF** _____

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

March 6, 2007
Date

_____
United States Judge or Magistrate Judge

DATED March 9, 2007
ROBERT C. HEINEMANN

**RETURN**

This commitment was received and executed as follows:

BY _____ CLERK

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |

| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|---|
| | | |

4