MEMORANDUM

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 06 2007

3\6\07

LONG ISLAND OFFICE

8:07CR85

TO: Health Services Administrator of Prison Facility

RE: Medical Evaluation of an Inmate

USA v. John Moretti          M07-302

On the date noted below, defendant __John Moretti__ who is currently detained, advised the Court that he/she was in need of medical attention. The Court brings this matter to your attention so that the inmate's medical problem may be addressed promptly. The specifics of the inmate's medical condition are as follows:

Dated: 3/6/07

William D. Wall
United States Magistrate Judge
Eastern District of New York

A TRUE COPY
ATTEST
DATED March 9, 2007
ROBERT C. HEINEMANN

BY _____ CLERK
     DEPUTY CLERK