FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

MAR 06 2007

3/6/07

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------X

- against -

John Monetti
-----------------------------------X

NOTICE OF ATTORNEY APPEARANCE

Case Number: 8:07CR ( )
8:07CR85

PLEASE NOTICE, that I have been retained by John Monetti, the above named (Plaintiff/Defendant). I was admitted to practice in this District on Sept 1977

PRINT NAME: Jerry Garguilo
SIGNATURE: Jerry Garguilo
BAR CODE: JG 6576
First and Last Initial and the Last Four Digits of Your Social Security Number

FIRM NAME: Jerry Garguilo P.C.
ADDRESS: 542 No. Country Road
Street Address

St. James          N.Y.       11780
City               State      Zip Code

E-MAIL: JerryGarguilo@AOL.com
PHONE NUMBER: (631) 862-7181

A TRUE COPY
ATTEST
DATED March 9, 2007
ROBERT C. HEINEMANN
BY .......................... CLERK
       DEPUTY CLERK