# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **8:07CR85** |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **JOHN MONETTI,** ) | |
| ) | |
| **Defendant.** ) | |

During the arraignment on March 28, 2007, Monetti's counsel requested additional time to file pretrial motions. The request is granted. The deadline for pretrial motions is extended to **May 4, 2007.** The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **March 28, 2007, and May 4, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**IT IS SO ORDERED.**

DATED this 29th day of March, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge