IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **EXHIBIT LIST** |
| | ) | |
| v. | ) | Case No. 8:07CR85 |
| | ) | Deputy: Marian Frahm |
| JOHN MONETTI, | ) | Reporter: Digital Recorder |
| | ) | Date: April 3, 2007 |
| | ) | |
| Defendant. | ) | |

| PLF | DFT | 3 P T Y | DESCRIPTION | OFF | OBJ | RCVD | NOT RCVD | DATE |
|---|---|---|---|---|---|---|---|---|
| | 101 | | Documents from Washington County, NE | X | | X | | 4/3/07 |
| | | | | | | | | |
| | | | | | | | | |