IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | 8:07CR85 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | NOTICE OF COMPLIANCE OF |
| | ) | LOCAL CRIMINAL RULE 16.1(a) |
| JOHN MONETTI, | ) | |
| | ) | |
| Defendant. | ) | |

Comes now the Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney and pursuant to Rule 16.1(a) of the Criminal Rules of the United States District Court for the District of Nebraska, hereby gives notice that discovery material has been provided to defendant in the above-captioned case as of April 3, 2007.

DATED this 6th day of April, 2007.

Respectfully submitted;

JOE W. STECHER
United States Attorney
District of Nebraska

 s/ Michael P. Norris
MICHAEL P. NORRIS     #17765
Assistant United States Attorney
United States Attorney's Office
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506
(402) 661-3700

**CERTIFICATE OF SERVICE**

I hereby certify that on April 6, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Carlos Monzon

 s/ Michael P. Norris
MICHAEL P. NORRIS     #17765
Assistant United States Attorney