IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 07-85 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MOTION TO SUPPRESS ITEMS OF** |
| | ) | **PHYSICAL EVIDENCE AND** |
| JOHN H. MONETTI, | ) | **STATEMENTS** |
| | ) | |
| Defendant. | ) | |

Defendant, John H. Monetti, through counsel, Carlos A. Monzón, hereby moves to suppress all observations by law enforcement, scientific tests, items of physical evidence and statements obtained as a consequence of the automobile stop of June 29, 2006, by officers of the Washington County Sheriff and subsequent search warrants issued based upon the evidence adduced from the illegal stop, in violation of Mr. Monetti's rights under the Fourth and Fifth Amendments to the United States Constitution.

In support of the instant Motion, defendant shows to the Court as follows:

1. That Mr. Monetti's vehicle was stopped without a traffic violation having been observed, without reasonable suspicion, without probable cause and absent any exigent circumstances.

2. That Mr. Monetti was seized of his person and the illegal detention continued for an excessive amount of time.

3. That Mr. Monetti was subjected to custodial interrogation without the benefit of being properly advised of his rights under *Miranda v. Arizona*, and without a proper waiver of his right to remain silent.

4.  That subsequently issued search warrants were based upon illegally seized evidence, thus, rendering the warrants invalid.

5.  Mr. Monetti request a 3 hour evidentiary hearing on his Motion to Suppress.

WHEREFORE, Mr. Monetti prays that this Honorable Court will issue an Order suppressing all observations by law enforcement, scientific tests, physical evidence and statements obtained by law enforcement as a consequence of the illegal stop, seizure, search, and subsequent search warrants issued and based upon the illegally obtained evidence.

Respectfully submitted, this 15th day of June, 2007.

JOHN H. MONETTI, Defendant

By **s/ Carlos A. Monzón**
**Carlos A. Monzón** (#20453)
Attorney for Defendant
650 "J" Street, Ste. 401
The Mill Towne Building
Lincoln, NE 68508
(402)477-8177
e-mail: MonzonLaw@aol.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2007, I electronically filed the foregoing with the Clerk of Court, using the ECM/ECF system, which sent notification of such filing to the following: Mr. Michael Norris, Assistant U.S. Attorney.

s/ Carlos A. Monzón