11:01 JUL 18'07 USMSNE

AO89  (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF        NEBRASKA

**ORIGINAL**

UNITED STATES OF AMERICA

v.

JOHN H. MONETTI

### SUBPOENA IN A
### CRIMINAL CASE

Case Number:        8:07CR85

TO:   Sheriff Mike Robinson, Washington County Sheriff
1535 Colfax Street
Blair, NE 68008

x   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case.  This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse<br>111 S. 18th Plaza<br>Omaha, NE 68102 | Judge F.A. Gossett, III |
| | DATE AND TIME |
| | July 23, 2007, 1:00 p.m. |

x   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all reports, recordings, notes, memorializations of suspicious activity and/or burglaries reported in the LakeLand area and any area within a 5 mile radius of the LakeLand area, as early as November 29, 2005 and continuing through and including May 29, 2006.  You shall bring with you any reports, writings, notes, documents of whatever kind prepared by law enforcement, 911 call center, police dispatch and or any other person or entity associated with the taking and memorializing of said report or memorialization.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| DENISE M. LUCKS | |
| (By) Deputy Clerk | 7/13/07 |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Carlos A. Monzón
650 "J" Street, Ste. 401
Lincoln, NE 68508
(402)477-8188

AO89  (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

| PROOF OF SERVICE | | |
|---|---|---|
| **RECEIVED BY SERVER** | DATE 7/20/07 | PLACE US Courthouse |
| **SERVED** | DATE 7/20/07 | PLACE WashingtonCo Sheriffs Office |
| SERVED ON (PRINT NAME) Mike Robinson | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES  ☐ NO   AMOUNT $ _____ |
| SERVED BY (PRINT NAME) Chris White | | TITLE Deputy |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on ___7/20/07___
DATE

SIGNATURE OF SERVER

___US Marshals Omaha___
ADDRESS OF SERVER

**ADDITIONAL INFORMATION**

1 hour @ $45.00 hour

$45.00 DUSM
---------------
$45.00 total