IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 8:07CR85 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MOTION TO FILE UNDER SEAL |
| | ) | OR REDACT |
| JOHN MONETTI, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the United States and requests that the addendum to the plea agreement be removed and filed under seal or redacted to exclude the name of the victim. It was recently brought to the undersigned's attention that the email between the District of Nebraska and the Eastern District of New York included the name of the minor victim.

WHEREFORE, the United States asks that the addendum to the plea agreement be filed under seal or in the alternative, be redacted to exclude the name of the minor victim.

DATED this 27th day of August, 2007.

                Respectfully submitted;

                JOE W. STECHER
                United States Attorney
                District of Nebraska


                 s/ Michael P. Norris
                MICHAEL P. NORRIS    #17765
                Assistant United States Attorney
                United States Attorney's Office
                1620 Dodge Street, Suite 1400
                Omaha, NE 68102-1506
                (402) 661-3700

### CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Carlos Monzon

                 s/ Michael P. Norris
                MICHAEL P. NORRIS    #17765
                Assistant United States Attorney