IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR85 |
| Plaintiff, | ) | |
| | ) | **STATEMENT OF PLAINTIFF** |
| vs. | ) | **PURSUANT TO NECrimR.32.1(b)** |
| | ) | **REGARDING SENTENCING** |
| JOHN MONETTI, | ) | **PROCEDURES AND** |
| | ) | **ADOPTION OF PRESENTENCE** |
| Defendant. | ) | **INVESTIGATION REPORT** |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and hereby provides this written statement in accordance with NECrimR. 32.1(b), regarding Sentencing Procedures.

Plaintiff hereby adopts the Presentence Investigation Report. Plaintiff anticipates offering no additional evidence at sentencing, other than to rebut or address issues raised by Defendant.

Dated this 30th day of October, 2007.

                UNITED STATES OF AMERICA,
                Plaintiff.

                JOE W. STECHER
                United States Attorney

      By:   s/ Michael P. Norris
            MICHAEL P. NORRIS, #17765
            Assistant United States Attorney
            1620 Dodge Street, Suite 1400
            Omaha, Nebraska 68102-1506
            (402) 661-3700

## CERTIFICATE OF SERVICE

  I hereby certify that on October 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Carlos Monzon, and I hereby certify that I have caused to be hand-delivered the document to the following non-CM/ECF participant:

  Annalee M. Thomas, U.S. Probation Officer
  Roman L. Hruska U.S. Courthouse
  111 S. 18th Plaza, Suite C79
  Omaha, Nebraska 68102

                  s/ Michael P. Norris