AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF **NEBRASKA**

UNITED STATES OF AMERICA

V.

JOHN H. MONETTI

SUBPOENA IN A CRIMINAL CASE

**ORIGINAL**

Case Number: 8:07CR85

TO: Deputy Doug Overfield,
Deputy Washington County Sheriff
1535 Colfax Street
Blair, NE 68008

x   YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| United States Courthouse | Judge F.A. Gossett, III |
| 111 S. 18th Plaza | DATE AND TIME |
| Omaha, NE 68102 | July 23, 2007, 1:00 p.m. |

x   YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

Any and all reports, recordings, notes, memorializations of suspicious activity and/or burglaries reported in the LakeLand area and any area within a 5 mile radius of the LakeLand area, as early as November 29, 2005 and continuing through and including May 29, 2006. You shall bring with you any reports, writings, notes, documents of whatever kind prepared by law enforcement, 911 call center, police dispatch and or any other person or entity associated with the taking and memorializing of said report or memorialization.

Any and all reports of the "two burglaries in the area of County Road P39 in the last month" prior to May 29, 2006 and of the "several burglaries in the county the month before" May 29, 2006, as reported by you to Detective Christian Nelson.

**UNEXECUTED**

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

**DENISE M. LUCKS**

(By) Deputy Clerk

7/13/07

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Carlos A. Monzón
650 "J" Street, Ste. 401
Lincoln, NE 68508
(402)477-8188